I have a public record from your court appearing on my credit report. Ive disputed the item with the credit bureaus; Experian, Equifax and Transunion., All of which confirmed that the public record was verified by you. Please provide the procedure in which you verify records with the credit bureaus.





Amanda Tate
4/19 Oley Ln
Sandston VA 23150

US BK Court Eastern Virginia
701 E Broad St Ste 400
Richmond VA 23219